THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* DON BEAMON, Petitioner-Appellant.

(No. 61343;

First District (3rd Division)—August 7, 1975.

PER CURIAM.

Paul Bradley and Jan M. Hefti, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

PER CURIAM.

